UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANTHONY RENDON,<br><br>Defendant. | Case No.:  20-CR-01795-JAH<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT** |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case under Rule 48(a) of the Federal Rules of Criminal Procedure and to recall the related arrest warrant.  Good cause appearing for reasons stated in the motion, the Court finds that the interests of justice and judicial economy are served by granting the motion.

//

//

//

//

//

//

IT IS HEREBY ORDERED that the United States' application to dismiss without prejudice the Indictment is **GRANTED**, and the related bench warrant is recalled.

IT IS FURTHER ORDERED that the Motion to Withdraw Document, (ECF No. 14) is **GRANTED**, and the motion found at ECF No. 13 is withdrawn.

**IT IS SO ORDERED.**

DATED: October 18, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

20-CR-01795-JAH